IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKERLY MCFADDEN and
CASSANDRA WILSON,
*on Behalf of Themselves and
All Others Similarly Situated,*

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,

    Defendant.

Case No. 1:20-cv-00166

## DECLARATION OF VICTOR S. WOODS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Victor S. Woods, declare as follows:

1. My name, office address, telephone number, and e-mail address are as follows:

    Victor S. Woods
    Bailey & Glasser LLP
    209 Capitol Street
    Charleston, West Virginia
    Telephone: (304) 345-6555
    E-Mail: vwoods@baileyglasser.com

2. I have been admitted to the following courts and bars:

    Supreme Court of West Virginia (1995) (W. Va. Bar No. 6984)
    Fourth Circuit Court of Appeals (1997)
    U.S. District Court for the Southern District of West Virginia (1995)
    U.S. District Court for the Northern District of West Virginia (1998)

3. I am currently in good standing and eligible to practice law before all of the courts and bars in which I am admitted, and have not been suspended or disbarred by any court or bar.

4. I have not been admitted *pro hac vice*, or sought leave to be admitted or appear, in this Court within the last two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Charleston, West Virginia this 31st day of January, 2020.

_____
Victor S. Woods