# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JACKERLY MCFADDEN, CELINDA LAKE, MARY MONTGOMERY, and LILLIAN NELSON, *On Behalf of Themselves and All Others Similarly Situated*,

        Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER,

        Defendant.

Case No. 1:20-cv-00166

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Hassan A. Zavareei (DC Bar No. 456161)
Kristen Simplicio (DC Bar No. 977556)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20007
Telephone: (304) 574-2727
E-mail: hzavareei@tzlegal.com
Email: ksimplicio@tzlegal.com

Jason E. Manning (DC Bar No. 999870)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutman.com

*Counsel for Defendant*

James L. Kauffman (DC Bar No. 1020720)
BAILEY & GLASSER LLP
1054 31st Street, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Email: jkaffuman@baileyglasser.com

*Counsel for Plaintiffs*

      Plaintiffs Jackerly McFadden, Celinda Lake, Mary Montgomery, and Lillian Nelson, individually and on behalf of the proposed Settlement Class, hereby moves, pursuant to Rule 23(e)

for preliminary approval of the class action settlement. This motion is based on the attached Memorandum of Points and Authorities, as well as the following supporting documents:

Appendix A: Summary of Similar Settlements

Declaration of Kristen Simplicio & Exhibit 1 (Settlement Agreement)[1] and Exhibit 2 (Resume of Tycko & Zavareei LLP)

Declaration of James Kauffman & Exhibit A (Resume of Bailey & Glasser LLP)

Declaration of Ryan Aldridge

| | |
|---|---|
| Dated: September 28, 2023 | Respectfully submitted,<br><br>/s/ Kristen G. Simplicio<br>Hassan A. Zavareei<br>Kristen G. Simplicio<br>**TYCKO & ZAVAREEI LLP**<br>2000 Pennsylvania Ave NW, Suite 1000<br>Washington, D.C. 20006<br>Telephone: 202-973-0900<br>Facsimile: 202-973-0950<br>hzavareei@tzlegal.com<br>ksimplicio@tzlegal.com<br><br>James L. Kauffman<br>**BAILEY & GLASSER LLP**<br>1055 Thomas Jefferson Street, NW<br>Washington, D.C. 20007<br>Telephone: (202) 463-2101<br>Facsimile: (202) 463-2103<br>jkauffman@baileyglasser.com<br><br>*Attorneys for Plaintiffs* |

---

[1] A proposed order is attached as Exhibit C to the Settlement Agreement.